|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>  Defendants. | No. 2:25-cv-1138-TLN-CKD (PS)<br><br>**ORDER** |

     This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On July 3, 2025, the magistrate judge filed findings and recommendations which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 3.) On July 15, 2025, Plaintiff filed objections to the findings and recommendations. (ECF No. 4.)

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

//

//

//

//

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 3, 2025 (ECF No. 4) are ADOPTED;
2. This action is DISMISSED as barred by res judicata; and
3. The Clerk of the Court is directed to CLOSE this case.

Date: September 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE